Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

___

Case No.:  19–29171–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos V Colon Sr.
   aka Carlos Coloan Sr., aka Carolos V
Colon
11 Radcliff Ct
Sicklerville, NJ 08081–3251

Social Security No.:
   xxx–xx–4540

Employer's Tax I.D. No.:

___

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/11/19
Time:            10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 5, 2019
JAN: jpl

                 Jeanne Naughton
                 Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29171-ABA
Carlos V Colon, Sr.                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 2           Date Rcvd: Nov 05, 2019
                             Form ID: 132           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db             Carlos V Colon, Sr.,    11 Radcliff Ct,    Sicklerville, NJ  08081-3251
518503642      12 Fingerhut Direct Mrkting,    6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
518503643      Bank of America,    450 American St,    Simi Valley, CA  93065-6285
518503654      Cristiliza Ardales Colon,    11 Radcliff Ct,    Sicklerville, NJ  08081-3251
518503656      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
518503659     +Midland Funding,    320 E Big Beaver Rd,    Troy, MI 48083-1271
518503661      The Bureaus Inc,    650 Dundee Rd,    Northbrook, IL  60062-2747
518503664     +West Villiage Group LLC,    800 N 48th St,    Philadelphia, PA 19139-1818


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 00:17:04      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 00:17:00      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518503644      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:22:46      Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518503645      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:24:33
                Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
518503646      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:22:46
                Capital One Bank USA N.A.,    1680 Capital One Dr,    McLean, VA  22102-3407
518503647      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 00:23:31      Capital One N.A.,
                1680 Capital One Dr,    McLean, VA  22102-3407
518503648      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2019 00:16:42      Comenity Bank,
                1 Righter Pkwy Ste 100,    Wilmington, DE  19803-1533
518503649      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2019 00:16:42      ComenityCapital/Boscov,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
518503650      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2019 00:16:43      Comenitycapital/fFe21,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
518503651      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2019 00:16:43      Comenitycb/boscov,
                PO Box 182120,    Columbus, OH  43218-2120
518503652      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2019 00:16:43      Comenitycb/forever21,
                PO Box 182120,    Columbus, OH  43218-2120
518503653      E-mail/PDF: creditonebknotifications@resurgent.com Nov 06 2019 00:22:51
                Credit One Bank N.A.,    PO Box 98873,    Las Vegas, NV  89193-8873
518503655      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 06 2019 00:17:22      Jeffcapsys,    16 McLeland Rd,
                Saint Cloud, MN  56303-2198
518503657      E-mail/Text: bncnotices@becket-lee.com Nov 06 2019 00:16:07      Kohls/Capital One,
                Attn: Credit Administrator,    PO Box 3043,    Milwaukee, WI  53201-3043
518503658      E-mail/Text: bncnotices@becket-lee.com Nov 06 2019 00:16:07      Kohls/capone,    PO Box 3115,
                Milwaukee, WI  53201-3115
518503660      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2019 00:24:36
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
518507631      E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Nov 06 2019 00:24:17      T Mobile,
                12920 SE 38th St.,    Bellevue, WA 98006
518518519     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 06 2019 00:23:07      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518503662      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2019 00:15:16
                Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Saint Charles, MO  63304-2225
518503663      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2019 00:15:16
                Verizon,    500 Technology Dr,    Weldon Spring, MO  63304-2225
                                                                          TOTAL: 20


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Nov 05, 2019
                             Form ID: 132              Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
  Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
  Kevin Gordon McDonald on behalf of Creditor Bank of America, N.A. kmcdonald@kmllawgroup.com,
  bkgroup@kmllawgroup.com
  Ronald E. Norman on behalf of Debtor Carlos V Colon, Sr. ronaldenorman@comcast.net,
  dgordon@rnormanlaw.com;gl4985@notify.cincompass.com;ronaldenorman@icloud.com
  U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
                               TOTAL: 4