Form oscmlfee – oscmlfeev27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  19−29171−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos V Colon Sr.
   aka Carlos Coloan Sr., aka Carolos V
   Colon
   11 Radcliff Ct
   Sicklerville, NJ 08081−3251

Social Security No.:
   xxx−xx−4540

Employer's Tax I.D. No.:

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑   An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 1/9/20 in the amount of $ 76.00 has not been received by the Clerk,

☐   The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on:

   Date: February 4, 2020
   Time: 10:30 AM
   Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to show cause why the case should not be dismissed.

   If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

   Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

   Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

Dated: January 10, 2020
JAN: bc

Andrew B. Altenburg Jr.
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 19-29171-ABA
Carlos V Colon, Sr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jan 10, 2020
                              Form ID: oscmlfee        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
db             Carlos V Colon, Sr.,    11 Radcliff Ct,    Sicklerville, NJ   08081-3251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 22:32:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Bank of America, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Bank of America, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ronald E. Norman    on behalf of Debtor Carlos V Colon, Sr. ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6