Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29171−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos V Colon Sr.
   aka Carlos Coloan Sr., aka Carolos V
   Colon
   11 Radcliff Ct
   Sicklerville, NJ 08081−3251

Social Security No.:
   xxx−xx−4540

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/24/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 24, 2020
JAN: bc

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-29171-ABA
Carlos V Colon, Sr.                                                 Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Mar 24, 2020
                               Form ID: 148                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
db             Carlos V Colon, Sr.,    11 Radcliff Ct,    Sicklerville, NJ 08081-3251
518503642      12 Fingerhut Direct Mrkting,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
518503654      Cristiliza Ardales Colon,    11 Radcliff Ct,   Sicklerville, NJ 08081-3251
518503656      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518503659     +Midland Funding,    320 E Big Beaver Rd,    Troy, MI 48083-1271
518503661      The Bureaus Inc,    650 Dundee Rd,    Northbrook, IL 60062-2747
518573101     +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
518503664     +West Villiage Group LLC,    800 N 48th St,    Philadelphia, PA 19139-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 24 2020 23:32:39      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 24 2020 23:32:37      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518503643      EDI: BANKAMER.COM Mar 25 2020 02:58:00      Bank of America,   450 American St,
                Simi Valley, CA 93065-6285
518605442     +EDI: PRA.COM Mar 25 2020 02:58:00      Bureaus Investment Group Portfolio No 15 LLC,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
518503644      EDI: CAPITALONE.COM Mar 25 2020 02:58:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                Salt Lake City, UT 84130-0285
518503645      EDI: CAPITALONE.COM Mar 25 2020 02:58:00      Capital One Bank USA N,   PO Box 30281,
                Salt Lake City, UT 84130-0281
518503646      EDI: CAPITALONE.COM Mar 25 2020 02:58:00      Capital One Bank USA N.A.,   1680 Capital One Dr,
                McLean, VA 22102-3407
518503647      EDI: CAPITALONE.COM Mar 25 2020 02:58:00      Capital One N.A.,   1680 Capital One Dr,
                McLean, VA 22102-3407
518580453      EDI: BL-BECKET.COM Mar 25 2020 02:58:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
518503648      EDI: WFNNB.COM Mar 25 2020 02:58:00      Comenity Bank,   1 Righter Pkwy Ste 100,
                Wilmington, DE 19803-1533
518503649      EDI: WFNNB.COM Mar 25 2020 02:58:00      ComenityCapital/Boscov,   Attn: Bankruptcy Dept,
                PO Box 182125,   Columbus, OH 43218-2125
518503650      EDI: WFNNB.COM Mar 25 2020 02:58:00      Comenitycapital/fFe21,   Attn: Bankruptcy Dept,
                PO Box 182125,   Columbus, OH 43218-2125
518503651      EDI: WFNNB.COM Mar 25 2020 02:58:00      Comenitycb/boscov,   PO Box 182120,
                Columbus, OH 43218-2120
518503652      EDI: WFNNB.COM Mar 25 2020 02:58:00      Comenitycb/forever21,   PO Box 182120,
                Columbus, OH 43218-2120
518503653      E-mail/PDF: creditonebknotifications@resurgent.com Mar 24 2020 23:29:45
                Credit One Bank N.A.,    PO Box 98873,   Las Vegas, NV 89193-8873
518609298      EDI: ECMC.COM Mar 25 2020 02:58:00      ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
518503655      EDI: JEFFERSONCAP.COM Mar 25 2020 02:58:00      Jeffcapsys,   16 McLeland Rd,
                Saint Cloud, MN 56303-2198
518610141      EDI: JEFFERSONCAP.COM Mar 25 2020 02:58:00      Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
518503657      E-mail/Text: bncnotices@becket-lee.com Mar 24 2020 23:31:51      Kohls/Capital One,
                Attn: Credit Administrator,    PO Box 3043,   Milwaukee, WI 53201-3043
518503658      E-mail/Text: bncnotices@becket-lee.com Mar 24 2020 23:31:52      Kohls/capone,   PO Box 3115,
                Milwaukee, WI 53201-3115
518597691     +EDI: MID8.COM Mar 25 2020 02:58:00      Midland Funding LLC,   PO Box 2011,
                Warren, MI 48090-2011
518581422      EDI: PRA.COM Mar 25 2020 02:58:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
518581338      EDI: PRA.COM Mar 25 2020 02:58:00      Portfolio Recovery Associates, LLC,
                c/o New York & Company,   POB 41067,    Norfolk VA 23541
518503660      EDI: PRA.COM Mar 25 2020 02:58:00      Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,
                Norfolk, VA 23502-4952
518612118      EDI: Q3G.COM Mar 25 2020 02:58:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                PO Box 788,   Kirkland, WA 98083-0788
518507631      EDI: AISTMBL.COM Mar 25 2020 02:58:00      T Mobile,   12920 SE 38th St.,   Bellevue, WA 98006
518518519     +EDI: AIS.COM Mar 25 2020 02:58:00      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518503662      EDI: VERIZONCOMB.COM Mar 25 2020 02:58:00      Verizon,   Verizon Wireless Bk Admin,
                500 Technology Dr Ste 550,   Saint Charles, MO 63304-2225
518602098     +EDI: AIS.COM Mar 25 2020 02:58:00      Verizon,   by American InfoSource as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518503663      EDI: VERIZONCOMB.COM Mar 25 2020 02:58:00      Verizon,   500 Technology Dr,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Mar 24, 2020
                              Form ID: 148             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Bank of America, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Bank of America, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ronald E. Norman    on behalf of Debtor Carlos V Colon, Sr. rnorman@rnormanlaw.com,
               ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud
               .com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```