Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  19–29171–ABA
    Chapter:  13
    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos V Colon Sr.
   aka Carlos Coloan Sr., aka Carolos V Colon
   11 Radcliff Ct
   Sicklerville, NJ 08081–3251

Social Security No.:
   xxx–xx–4540

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 27, 2020</u>          <u>Andrew B. Altenburg Jr.</u>
                                       Judge, United States Bankruptcy Court